# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

ALLTECH COMMUNICATIONS, LLC, an
Oklahoma Ltd. Liability Company,

Plaintiff(s),

vs.                                                    Case Number: 08-cv-210-TCK-TLW

ROBERT BROTHERS, an individual; and
TOWERWORX, LLC, an Oklahoma Ltd.                       BASE FILE
Liability Company, Et al.,

Defendants.

### REVISED SCHEDULING ORDER

| | | |
|---|---|---|
| 1. | 9/10/2010 | Parties with Burden of Proof Designate Experts<br>Parties Exchange Expert Reports |
| 2. | 9/24/2010 | Parties Designate Rebuttal Expert Witnesses |
| 3. | 10/1/2010 | Exchange of Rebuttal Expert Reports |
| 4. | 10/8/2010 | Final Witness List Exchange |
| 5. | 11/12/2010 | Discovery Deadline (Interrogatories & Rule 34 requests by 10/13/2010) |
| 6. | 12/01/2010 | Dispositive Motions and Daubert Motions |
| 7. | 12/20/2010 | Remaining Pretrial Disclosures under FRCP 26(a)(3)(A)<br>- Deposition Designations<br>- Final Exhibit List<br>- Videotape/Interrogatory Designations |
| 8. | 1/07/2011 | Counter-Designations and Objections to Pretrial Disclosures under FRCP 26(a)(3)(B) |
| 9. | 1/12/2011 | Motions in Limine |
| 10. | 1/19/2011 | Responses to Motions in Limine |
| 11. | 4/01/2011 | Proposed Pretrial Order |
| 12. | 4/13/2011 | Jury Instructions, Voir Dire, Trial Briefs |
| 13. | N/A | Proposed Findings of Fact and Conclusion of Law, Trial Briefs |
| 14. | 4/12/2011 | Pretrial Conference at 1:30 p.m. |
| 15. | 4/18/2011 | Trial Date: [x] Jury at 9:30 a.m.  [ ] Non-Jury at 9:30 a.m. |

This Order is entered this 09th day of August, 2010.

_____
Terence Kern, U.S. District Judge