IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALLTECH COMMUNICATIONS, LLC, an Oklahoma Limited Liability Company, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 08-CV-210-TCK-FHM ) |
| ROBERT BROTHERS, an individual; and TOWERWORX, LLC, an Oklahoma Limited Liability Company, | ) **BASE FILE** ) ) ) ) |
| Defendants. | ) |

## AMENDED COUNTERCLAIMS

Pursuant to Rule 13 of the Federal Rules of Civil Procedure, TelWorx Communications, LLC ("TelWorx") asserts the following amended counterclaims against AllTech Communications, LLC ("AllTech"):

### Jurisdiction and Venue

1. TelWorx's counterclaims arise under the United States patent laws, 35 U.S.C. § 1 *et. seq.* and the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

2. The Court has subject matter jurisdiction over TelWorx's counterclaims based on 28 U.S.C. §§ 1331 and 1338.

3. Venue is proper in this judicial district based on 28 U.S.C. §§ 1391 and 1400.

### Parties

4. TelWorx is a North Carolina limited liability company with its principal place of business located at 364 Dixon Street, Lexington, North Carolina.

5. Upon information and belief, AllTech is an Oklahoma limited liability company with its principal place of business in Tulsa, Oklahoma.

6. AllTech claims to own all rights in U.S. Patent No. 7,062,883 (the "'883 Patent").

7. On May 13, 2009, AllTech filed a Complaint alleging claims against TelWorx for infringement of the '883 Patent.

8. TelWorx's use, license, sale and/or offer for sale of its products does not result in infringement of any valid and enforceable claim of the '883 Patent.

9. The '883 Patent is invalid, unenforceable and void on the grounds that the purported inventions attempted to be patented therein fail to meet one or more of the conditions of patentability specified in Title 35, United States Code, including in particular Section 103.

10. The '883 Patent is invalid, unenforceable and void on the grounds that the purported inventions attempted to be patented therein fail to meet one or more of the conditions of patentability specified in Title 35, United States Code, including in particular Section 112.

11. Upon information and belief, the '883 Patent is invalid, unenforceable and void on the grounds that the purported inventions attempted to be patented therein fail to meet one or more of the conditions of patentability specified in Title 35, United States Code, including in particular Section 102.

12. Upon information and belief, Mr. Langholz was incorrectly identified in the '883 Patent as an inventor rendering the patent invalid and unenforceable.

13. As a result of AllTech's lawsuit against TelWorx alleging infringement of the '883 Patent, an actual case of controversy exists between the parties concerning infringement and validity of the '883 Patent.

14. TelWorx's use, license, sale and/or offer for sale of its products has been injured and damaged by AllTech's filing of a complaint for patent infringement based on a patent that has not been infringed and is invalid and unenforceable.

5140186_1.DOC

15. This case is exceptional pursuant to 35 U.S.C. § 285 and TelWorx is entitled to recover the costs and reasonable attorneys' fees incurred as a result of this action.

16. TelWorx respectfully requests declaratory judgment that:

(a) The '883 Patent is invalid, unenforceable and void on the grounds that the purported inventions attempted to be patented therein fail to meet one or more of the conditions of patentability specified in Title 35, United States Code, including in particular Section 103;

(b) The '883 Patent is invalid, unenforceable and void on the grounds that the purported inventions attempted to be patented therein fail to meet one or more of the conditions of patentability specified in Title 35, United States Code, including in particular Section 112;

(c) The '883 Patent is invalid, unenforceable and void on the grounds that the purported inventions attempted to be patented therein fail to meet one or more of the conditions of patentability specified in Title 35, United States Code, including in particular Section 102;

(d) TelWorx has not infringed any valid and enforceable claim of the '883 Patent;

(e) The '883 Patent incorrectly designates inventorship and is invalid and unenforceable;

(f) The conduct of AllTech, including the prosecution of this lawsuit against TelWorx constitutes an exceptional case entitling TelWorx to an award of damages and attorneys' fees and costs under 35 U.S.C. § 285.

WHEREFORE, TelWorx prays for judgment against AllTech together with an award of TelWorx's costs, interest, attorneys' fees and such other relief as the Court deems equitable and just.

## JURY TRIAL DEMANDED

A trial by jury is requested on all issues triable to a jury.

Respectfully submitted this 27th day of September, 2010.

Respectfully submitted,

*s/ Spencer F. Smith*
John A. Kenney, OBA #4976
Spencer F. Smith, OBA #20430
Tamara Schiffner Pullin, OBA # 21462
MCAFEE & TAFT a Professional Corporation
Tenth Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
Email:  john.kenney@mcafeetaft.com
Email:  spencer.smith@mcafeetaft.com
Email:  tamara.pullin@mcafeetaft.com


Gerald L. Hilsher, OBA #4218
MCAFEE & TAFT a Professional Corporation
500 ONEOK Plaza
100 West 5th Street
Tulsa, Oklahoma 74103
Email:  gerald.hilsher@mcafeetaft.com

**COUNSEL FOR DEFENDANTS ROBERT BROTHERS. TOWERWORX, LLC, TELWORX COMMUNICATIONS, LLC AND TIM SCRONCE**

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 27th day of September 2010, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

  R. Jay Chandler
  Angela F. Porter
  Teresa S. Nowlin
  Norman Wohlgemuth Chandler & Dowdell
  401 S. Boston Avenue
  2900 Mid-Continent Tower
  Tulsa, OK 74103-4023
  ATTORNEYS FOR PLAINTIFF

  Drew Thomas Palmer
  Crowe & Dunlevy, P.C.
  20 North Broadway, Suite 1800
  Oklahoma City, OK 73102-8273
  Telephone (405) 235-7700
  Facsimile (405) 239-6651
  Email: phil.free@crowedunlevy.com
  Email: geren.steiner@crowedunlevy.com
  Email:  drew.palmer@crowedunlevy.com

  *Attorneys for AllTech Communications, LLC*

              */s/ Spencer F. Smith*
              Spencer F. Smith