**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| AllTech Communications, LLC, <br><br>　　　　Plaintiff, <br><br> v. <br><br> Robert Brothers and TowerWorx, LLC, defendants. | § § § § § § § § § § § | Case No. 4:08-cv-00210-TCK-FHM |
| AllTech Communications, LLC, plaintiff <br><br> v. <br><br> TelWorx Communications, LLC and Tim Scronce, defendants. | § § § § § § § § § § § | Case No. 4:09-cv-00276-TCK |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff, AllTech Communications, LLC, hereby stipulates with the defendants, Robert Brothers TowerWorx, LLC, TelWorx Communications, LLC and Tim Scronce, that all of the plaintiff's causes of action against defendants in this consolidated case case shall be dismissed with prejudice.  Likewise, defendants hereby stipulate that all of defendants' causes of action against plaintiff in this consolidated case shall be dismissed with prejudice.  All parties are to bear their own costs and attorneys' fees regarding the dismissed claims.

The parties further stipulate that the Court will retain jurisdiction over each party for the purpose of enforcing the right and obligations set forth in certain settlement

agreements signed between the parties contemporaneously with this Joint Stipulation of Dismissal.

Respectfully submitted,

| s/Drew T. Palmer | s/Spencer F. Smith |
|---|---|
| Drew T. PalmerOBA # 21317 | *(by Drew T. Palmer with permission of Spencer F. Smith)* |
| Geren T. Steiner, OBA #18845 | |
| CROWE & DUNLEVY | Spencer F. Smith, OBA #20430 |
| A Professional Corporation | John A. Kenney, OBA #4976 |
| 20 North Broadway | Tamara Schiffner Pullin, OBA # 21462 |
| Suite 1800 | James McMillin, OBA #17206 |
| Oklahoma City, OK 73102-8273 | McAfee & Taft |
| (405) 235-7700 | a Professional Corporation |
| (405) 239-6651 (Facsimile) | Tenth Floor, Two Leadership Square |
| drew.palmer@crowedunlevy.com | 211 N. Robinson |
| geren.steiner@crowedunlevy.com | Oklahoma City, OK 73102 |
| | Email: john.kenney@mcafeetaft.com |
| R. Jay Chandler, OBA #1603 | Email:spencer.smith@mcafeetaft.com |
| Norman Wohlgemuth | Email:tamara.pullin@mcafeetaft.com |
| Chandler & Dowdell | Email:james.mcmillin@mcafeetaft.com |
| 401 S. Boston Avenue, Suite 2900 | |
| Tulsa, OK 74103-4023 | Gerald L. Hilsher, OBA #4218 |
| Email: rjc@nwcdlaw.com | McAfee & Taft |
| | a Professional Corporation |
| Phillip L. Free, Jr., OBA #15765 | 500 ONEOK Plaza |
| Hall, Estill, Hardwick, Gable, Golden and Nelson | 100 West 5th Street |
| | Tulsa, OK 74103 |
| 100 N. Broadway, Chase Tower, Suite 2900 | Email: gerald.hilsher@mcafeetaft.com |
| Oklahoma City, OK 73102-8865 | **Counsel for Defendants Robert Brothers, Towerworks, LLC, Telworx Communications, LLC and Tim Scronce** |
| Email: pfree@hallestill.com | |
| **Counsel for Plaintiff Alltech Communications, LLC** | |